UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT BENTLE,<br><br>     Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE AND MID-CENTURY INSURANCE COMPANY,<br><br>     Defendant. | Case No. CV-21-27 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED IT IS ORDERED that: Defendants' Motion for Summary Judgment (Doc. 63) is GRANTED. Motions in Limine (Doc. 67); (Doc. 71); (Doc. 73) are DISMISSED as moot. Bentle's Motion for a Rule 104 Hearing (Doc. 69) is DIMISSED as moot..

Dated this 19th day of December, 2022.

           TYLER P. GILMAN, CLERK

           By: /s/ Kelsey Hanning
           Kelsey Hanning, Deputy Clerk